# Court of Appeals
# of the State of Georgia

ATLANTA,    March 30, 2015

*The Court of Appeals hereby passes the following order:*

## A15A1038.  FRED GARDNER v. McCURDY & CANDLER, LLC et al.

Before us is Appellee McCurdy & Candler, LLC's motion to dismiss the above-captioned appeal.  This appeal was docketed on February 4, 2015.  As set forth in Court of Appeals Rules 22 (a) and 23 (a), an appellant must file a brief and enumeration of errors within 20 days of the date of docketing of the appeal.  Therefore, Appellant's brief and enumeration of errors was due no later than February 24, 2015. Appellant failed to file a brief and enumeration of errors or request an extension of time in which to do so by this date.  Based on the foregoing, Appellee's motion to dismiss is GRANTED and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*    03/30/2015
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , *Clerk.*